

1  Darren J. Devlin, Esq. [SBN 176261]
   The Law Offices of Jason C. Tatman, A.P.C.
2  5677 Oberlin Drive, Suite 210
   San Diego, CA  92121
3  (844) 252-6972
   Fax (858) 348-4976
4  jt@nationwidereconveyance.com
   Attorneys for Secured Creditor and Movant
5  Specialized Loan Servicing, LLC, as servicer
   for The Bank of New York Mellon f/k/a
6  The Bank of New York as successor
   Indenture trustee to JPMorgan Chase Bank,
7  National Association for CWHEQ Revolving
   Home Equity Loan Trust, Series 2005-D

Signed and Filed: December 25, 2018

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA—SANTA ROSA DIVISION

In re:

EVETTE FRANCES MINOR and KEVIN CORTEZ MINOR,

　　　　Debtors.
_____

Specialized Loan Servicing, LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2005-D,

　　　　Movant,

-vs-

EVETTE FRANCES MINOR and KEVIN CORTEZ MINOR, Debtors; David Burchard, Chapter 13 Trustee,

　　　　Respondents.

Case No: 18-10482

Chapter 13

DC No.: DJD-001

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Date:　12/12/18
Time:　1:30 p.m.
99 South E Street
Santa Rosa, CA  95404

*The courtroom of the Honorable Dennis Montali*

1

This matter having come before the Court on the Motion for Relief from Automatic Stay ("Motion"), of Secured Creditor and Movant Specialized Loan Servicing, LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2005-D ("Creditor"). The Court having considering arguments of counsel, appearances as noted in the record, and for good cause appearing,

IT IS HEREBY ORDERED AND ADJUDGED that

The Motion is granted and the automatic stay is terminated, and Creditor is authorized to enforce its rights in the real property commonly known as 1252 Poplar Street, Santa Rosa, CA;

The requirements of Bankruptcy Rule 4001(a)(3) are waived; and

This Order shall be binding an effective in any conversion of this case to another Chapter under the Bankruptcy Code.

***END OR ORDER***

COURT SERVICE LIST

Evette Frances Minor
Kevin Cortez Minor
1252 Poplar Street
Santa Rosa, CA  95407